1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   DAVID NOEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Mag. 14-00140-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| DAVID NOEL, | ) Date: October 21, 2014 ) Time: 10:00 a.m. ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for DAVID NOEL, that the court continue the status conference set for September 30, 2014 to October 21, 2014, at 10:00 a.m.

The reason for this continuance is that the government has provided the defense with a deferred prosecution agreement.  The defense needs additional time to review the agreement, discuss it with Mr. Noel, and provide it to the government and the Court.  Ms. Harter is out of the office until October 7, 2014.

1  Accordingly, the parties request that this matter be continued to October 21, 2014 at
2  10:00 a.m.

4  DATED: September 29, 2014                    Respectfully submitted,

                                                HEATHER WILLIAMS
                                                Federal Defender

                                                /s /Rachelle Barbour for
                                                LINDA HARTER
                                                Chief Assistant to the Federal Defender
                                                Attorneys for Defendant
                                                DAVID NOEL

   Dated: September 29, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Rachelle Barbour
                                                LAURA HUGGINS
                                                Special Assistant United States Attorney

                                **ORDER**

IT IS SO ORDERED.

Dated:  September 29, 2014

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Noel0140stipo.cont.stat.conf