BENJAMIN B. WAGNER
United States Attorney
LAURA A. HUGGINS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00140-DAD |
| Plaintiff, | [Proposed] ORDER TO DISMISS INFORMATION |
| v. | |
| DAVID NOEL, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the Information in Case Number 2:14-mj-00140-DAD without prejudice is GRANTED.

IT IS SO ORDERED.

Dated:  April 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
noel0140.dism.ord

ORDER TO DISMISS